IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STANISLAW MUSZINSKI, ) <br> Petitioner, ) <br> vs. ) <br> LARRY SMALL, Warden, ) <br> Respondent. ) | No. C 08-4244 CRB (PR) <br><br> ORDER |

Respondent has filed a motion to dismiss the petition for a writ of habeas corpus as untimely and petitioner has filed an opposition. Respondent is ordered to file a reply by no later than August 28, 2009.

SO ORDERED.

DATED: JUL 3 0 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Muszynski, M1.or2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Plaintiff,

v.

LARRY SMALL et al,

      Defendant.

Case Number: CV08-04244 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark S. Muszynski P-72738
Calipatria State Prison
7018 Blair Rd.
P.O. Box 5007
Calipatria, CA 92233-5002

Dated: July 30, 2009

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk