IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK STANISLAW MUSZINSKI, | ) | |
| Petitioner, | ) ) | No. C 08-4244 CRB (PR) |
| vs. | ) ) | ORDER |
| LARRY SMALL, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner has filed a motion for reconsideration of the court's order granting respondent's motion to dismiss the petition for a writ of habeas corpus as untimely.

Respondent shall file an opposition, or notice of non-opposition, within 30 days of this order, and petitioner shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED:  April 6, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Muszynski, M1.or3.wpd